CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7177
    FAX: (415) 436-7234
    molly.friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LE ZHANG, *et al.*,<br><br>             Plaintiffs,<br><br>    v.<br><br>UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES, *et al.*,<br><br>             Defendants. | Case No. 3:26-cv-00893-AMO<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFFS' COMPLAINT AND [~~PROPOSED~~] ORDER** |

The parties apologize to the Court for not submitting this extension request at least seven days prior to Defendants' response deadline of April 6, 2026, pursuant to Civil Standing Order, Part B., due to the need for the parties to confer and obtain Plaintiffs' consent to the request. The parties, through their undersigned attorneys, hereby stipulate to an extension of time for Defendants' response to Plaintiffs' complaint.  Defendants will file their response on or before May 6, 2026. The parties make this request because the agency is in the process of reviewing this case and needs a brief period of additional time to prepare their response.

The parties further request a corresponding extension on the deadline for filing a summary judgment motion under the Court's Immigration Mandamus Procedural Order. Dkt. No. 3. Currently, Defendants must file a motion for summary judgment by 120 days after the complaint was served, or

Stipulation to Extend
Case No. 3:26-cv-00893-AMO                     1

June 5, 2026.  In view of the agreed-upon extension for Defendants' response to the complaint, the parties request that Defendants file their motion for summary judgment by July 6, 2026.

Dated: April 7, 2026

Respectfully submitted[1],

CRAIG H. MISSAKIAN
United States Attorney

/s/ Molly A. Friend
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: April 7, 2026

/s/ Christina S. Castro
CHRISTINA S. CASTRO
Hacking Immigration Law LLC
Attorney for Plaintiffs

## [~~PROPOSED~~] ORDER

The Court cautions the parties that it may deny future untimely stipulations.  *See* Civil Standing Order at 2.  Pursuant to stipulation, IT IS SO ORDERED.

Date:   April 7, 2026

ARACELI MARTÍNEZ-OLGUÍN
**United States District Judge**

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Extend
Case No. 3:26-cv-00893-AMO                    2