CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
FAX: (415) 436-7234
molly.friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LE ZHANG, *et al.*,<br><br>                    Plaintiffs,<br><br>       v.<br><br>UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES, *et al.*,<br><br>                    Defendants. | Case No. 3:26-cv-00893-AMO<br><br>**STIPULATION TO STAY PROCEEDINGS;**<br>**[PROPOSED] ORDER** |

The parties apologize to the Court for Defendants' delay in submitting a response to Plaintiffs' complaint by May 7, 2026, due to the parties' efforts to reach an agreement regarding a stipulation to stay proceedings. On April 7, 2026, the Court granted the parties' stipulation to extend time for Defendant's response to Plaintiffs' complaint, setting a due date for Defendant's response as May 6, 2026. *See* Dkt. No. 9. Plaintiffs filed this action seeking adjudication of their Form I-485, Application to Register Permanent Residence or Adjust Status. United States Citizenship and Immigration Services ("USCIS") interviewed Plaintiffs on May 1, 2026.  Following the interview, USCIS needs a brief period of additional time to process Plaintiffs' applications.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until June 22, 2026, at which time the parties will file a joint status report with the Court. At that time, the

Stipulation
Case No. 3:26-cv-00893-AMO                              1

parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: May 7, 2026

Respectfully submitted[1],

CRAIG H. MISSAKIAN
United States Attorney

/s/ Molly A. Friend
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: May 7, 2026

/s/ Christina S. Castro
CHRISTINA S. CASTRO
Hacking Immigration Law LLC
Attorney for Plaintiffs

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:    5/8/2026

HON. ARACELI MARTÍNEZ-OLGUÍN
United States District Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation
Case No. 3:26-cv-00893-AMO                      2